# United States District Court
# For The Western District of North Carolina
# Statesville Division

JEROME LEE BORDERS,

        Petitioner,  JUDGMENT IN A CIVIL CASE

vs.  CASE NO. 5:12CV73-2-V

UNITED STATES OF AMERICA,

        Respondent.


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2012, Order.

        Signed: June 22, 2012

        *Frank G. Johns*
        Frank G. Johns, Clerk
        United States District Court