# United States District Court
# For The Western District of North Carolina
# Statesville Division

JEROME LEE BORDERS,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                     CASE NO. 5:12CV73-2-V

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2012, Order.

                                                   Signed: June 22, 2012

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court